EILEEN M. DECKER
United States Attorney
DOROTHY SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID PINCHAS (Cal. Bar No. 130751)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2920
    Facsimile: (213) 894-7819
    E-mail: david.pinchas@usdoj.gov

JS-6

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERAD CHANDLER,<br><br>    Plaintiffs,<br><br>v.<br><br>ERIC SHINSEKI, et al.,<br><br>    Defendants. | No. CV 12-11025 CAS (JCx)<br><br>JUDGMENT |

Pursuant to the parties' Stipulation for Compromise Settlement, IT IS HEREBY ORDERED AND ADJUDGED:

    1. Plaintiff's First Amended Complaint and action are dismissed with prejudice in their entirety; and

    2. Each party shall bear his or its own costs, expenses and attorney's fees.
.

Dated: <u>April 11, 2016</u>

                                              */s/ Christina A. Snyder*
                                              UNITED STATES DISTRICT JUDGE